Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

WILLIAM CRIST; SCOTT WENZEL; )
and all others similarly situated, )
                             )
                             ) Case No.: CV-09-0249-RMP
    Plaintiff,          )
                             ) STIPULATED AND AGREED
  vs.                 ) MOTION TO DISMISS
                             )
UNIFUND CCR Partners, a limited )
Liability Company; SUTTELL & )
ASSOCIATES P.S., a Washington )
Professional Service Corporation; )
ISAAC HAMMER and JANE DOE )
HAMMER, husband and wife; and )
TYLER J. MOORE and JANE DOE )
MOORE, husband and wife. )
                             )
    Defendants.       )

I. MOTION

The Plaintiffs, William Crist and Scott Wenzel, by and through their attorney, Scott M. Kinkley of *Michael D. Kinkley, P.S.* request that the Court dismiss this matter with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties have agreed that that the matter should be dismissed with prejudice, without costs

STIPULATED AND AGREED MOTION TO
DISMISS -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

or attorney fees to either party and that the court retain jurisdiction to enforce the settlement of this matter.

This motion is based on the agreement of the parties, Fed. R. Civ. P. 41(a)(1)(A)(ii), and the files and records herein.

*Michael D. Kinkley P.S.*

/s Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs

## II. STIPULATION

The parties entered into a written settlement agreement on or about September 1, 2010, subsequently signed by all parties. The parties hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), and the Settlement Agreement, to a dismissal with prejudice of this matter. Pursuant to the settlement agreement, the parties agree that that the matter should be dismissed with prejudice, without costs or attorney fees to either party and that the court retain jurisdiction to enforce the settlement of this matter.

DATED this 21st day of September, 2010.

| *Michael D. Kinkley P.S.* | *Michael D. Kinkley P.S.* |
|---|---|
| /s Michael D. Kinkley<br>Michael D. Kinkley<br>WSBA # 11624<br>Attorney for Plaintiff | /s Scott M. Kinkley<br>Scott M. Kinkley<br>WSBA # 42434<br>Attorney for Plaintiff |

*Crumb & Munding, P.S.*

/s John D. Munding
John D. Munding
WSBA # 21734
Attorney for Defendant
Unifund

*Winston & Cashatt, P.S.*

/s Carl Hueber
Carl Hueber
WSBA # 12453
Attorney for Defendants
Suttell & Associates,
P.S., Isaac & Jane Doe
Hammer; and Tyler &
Jane Doe Moore

*Disnmore & Shohl, LLP*

/s Alan Abes
Alan Abes
Admitted *Pro Hac Vice*
Attorney for Defendant
Unifund

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Alan H. Abes | alan.abes@dinslaw.com; |
| John D. Munding | munding@crumb-munding.com; |
| Carl E. Hueber | ceh@winstoncashatt.com. |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net